IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Catherine L. Reim | : Chapter 13 |
|     Debtor | : Bankruptcy No. 17-17656elf |
| | : |
| Toyota Motor Credit Corporation | : |
|     Movant | : |
|                     vs. | : |
| Catherine L. Reim aka Catherine L. Cutillo-Reim | : |
|     Respondent | |

### ORDER

AND NOW, this __29th__ day of __January__, 2018, it is hereby ORDERED ~~and DECREED~~ that this Stipulation by and between Debtor and Toyota Motor Credit Corporation, (Doc. #26) ~~attached hereto~~, is approved ~~and adopted~~.
The foregoing Stipulation is **APPROVED WITHOUT PREJUDICE** to the rights of any party in interest or the Chapter 13 Trustee with respect to confirmation of the Debtor's chapter 13 plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**