United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Catherine L. Reim  
    Debtor

Case No. 17-17656-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 29, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.  
db          Catherine L. Reim,    22 Idolstone Road,    Levittown, PA   19057-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:  
         JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau  
          jtorrente@begleycarlin.com  
         JOSHUA Z. GOLDBLUM    on behalf of Debtor Catherine L. Reim jzgoldblum@aol.com,  
          G14492@notify.cincompass.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                                    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Catherine L. Reim                : Chapter 13
    Debtor                              : Bankruptcy No. 17-17656elf
                                        :
Toyota Motor Credit Corporation         :
    Movant                              :
                  vs.                :
Catherine L. Reim aka Catherine L. Cutillo-Reim   :
    Respondent

## ORDER

(Doc. #26)

AND NOW, this __29th__ day of __January__, 2018, it is hereby ORDERED ~~and DECREED~~ that this Stipulation by and between Debtor and Toyota Motor Credit Corporation, ~~attached hereto,~~ is approved ~~and adopted~~.
The foregoing Stipulation is **APPROVED WITHOUT PREJUDICE** to the rights of any party in interest or the Chapter 13 Trustee with respect to confirmation of the Debtor's chapter 13 plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**