```
              UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

In re:

     Catherine L. Reim        :   Chapter 13

           Debtor           :   Bankruptcy No. 17-17656

### CERTIFICATION OF SERVICE AND NO RESPONSE

    I, Joshua Z. Goldblum, Esquire, of Stonewood Office Campus, Suite 101B, 826 Bustleton Pike, Feasterville, Pennsylvania, certify:

    1. That on the 18th day of January, 2018, I sent copies of the Compensation and Reimbursement of Expenses and Notice of Application for Approval of Counsel Fees, by first class mail to: Ms. Catherine L. Reim, 22 Idolstone Road, Levittown, PA 19057; William C. Miller, Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107, and all parties in interest.

    2. No Answer or responsive pleading has been received.

    I certify under penalty of perjury that the foregoing is true and correct.

February 8, 2018                    s/Joshua Z. Goldblum
Date                                  Joshua Z. Goldblum
                                        Attorney for Debtor