# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-17656-ELF

CATHERINE L REIM

22 IDOLSTONE ROAD

LEVITTOWN, PA 19057-2302

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CATHERINE L REIM

    22 IDOLSTONE ROAD

    LEVITTOWN, PA 19057-2302

**Counsel for debtor(s), by electronic notice only.**
    JOSHUA Z. GOLDBLUM
    826 BUSTLETON PIKE
    SUITE 101B
    FEASTERVILLE, PA 19053

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                /s/ William C. Miller

Date: 2/14/2018

                                _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee