WWR# 040018731

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CATHERINE L. REIM<br><br>                    Debtor<br><br>CITIZENS BANK, N.A | Case No. 17-17656-elf<br><br>Chapter 13<br><br>**Hearing Date:** 03/13/2018<br>**Hearing Time:** 9:30 am |

## REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondent/Debtor, CATHERINE L. REIM, has failed to make the post-petition payments that were due to Movant on the date listed below and in the amounts listed below:

   (a)  One (1) monthly post-petition payment of $489.74, due for 12/05/2017

   (b)  One (1) monthly post-petition payment of $489.74, due for 01/05/2018

   (c)  One (1) monthly post-petition payment of $489.74, due for 02/05/2018

      Respectfully Submitted

      WELTMAN, WEINBERG & REIS CO., L.P.A.

      BY: /s/ Nathalie Paul
          Nathalie Paul, ESQUIRE
          170 S. Independence Mall W., Suite 874W
          Philadelphia, PA 19106
          (267) 940-1643
          Attorney for Movant