WWR# 040018731

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
CATHERINE L. REIM

        Debtor

CITIZENS BANK, N.A

Case No. 17-17656-elf

Chapter 13

**Hearing Date:** 03/13/2018  
**Hearing Time:** 9:30 am

### REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 34, Movant hereby requests that the Debtors produce for inspection by the undersigned attorney for the Movant the following:

1. If you deny any or all of the subsections under Movant's Request for admission No. 1:

    (a) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payments due for 12/05/2017-02/05/2018, were tendered to Movant.

2. Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Plaintiff's Request for Admission Number 1.

        Respectfully Submitted,

        WELTMAN, WEINBERG & REIS CO., L.P.A.

        BY: /s/ Nathalie Paul  
        Nathalie Paul, ESQUIRE  
        170 S. Independence Mall W., Suite 874W  
        Philadelphia, PA 19106  
        (267) 940-1643  
        Attorney for Movant