WWR# 040018731

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 17-17656-elf |
| Catherine L. Reim, | Chapter 13 |
| Debtor | Related to Document No. 33 |
| | Hearing Date: |
| Citizens Bank, N.A. | Hearing Time: |
| Movant. | |

### STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

Now this _____ day of _____, 2018. Upon ~~the Motion of Citizens Bank, N.A. for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and law.~~ agreement of the parties,

~~This Court FINDS that Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 22 Idolstone Road, Levittown, PA 19057 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.~~

IT IS ORDERED that Citizens Bank, N.A. d is hereby granted relief from the Automatic Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property, 22 Idolstone Road, Levittown, PA 19057.

IT IS FURTHER ORDERED, that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 03/05/2018 payment which must be paid in full in the amount of $489.74 to Citizens Bank, N.A. at One Citizens Drive, Mailstop: ROP15B, Riverside, RI 02915, on or before 03/05/2018. The Debtor is to cure Movant's arrears totaling in the amount of $2,065.54 by completing the following payment arrangement. The Debtor must make a one time lump-sum payment in the amount of $1,000.00, to be paid within 21 days of the date of this order. The Debtor must also make a payment in the amount of $177.59 for six (6) months beginning on 04/01/2018 through 09/01/2018. Regular payments are due to Movant on or before the 5th day of each month. Should the Debtor default in any payment, notice will be sent to Debtor's counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to Citizens Bank, N.A.

_____  3/12/18
Eric L. Frank
United States Bankruptcy Judge

_____                          _____ 3/5/18
Attorney For Movant                              Attorney for the Debtor
Nathalie Paul                                    Joshua Z. Goldblum
170 S. Independence Ave, Suite 874 W             826 Bustleton Pike, Suite 101B
Philadelphia, PA 19106                           Feasterville, PA 19053
267-940-1643                                     215-322-2745

For Trustee William C. Miller
P.O. Box 1229
Philadelphia, PA 19105