United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Catherine L. Reim  
    Debtor

Case No. 17-17656-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Mar 12, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
db        Catherine L. Reim,   22 Idolstone Road,    Levittown, PA  19057-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
      JOHN A. TORRENTE   on behalf of Creditor   Bucks County Tax Claim Bureau
       jtorrente@begleycarlin.com
      JOSHUA Z. GOLDBLUM   on behalf of Debtor Catherine L. Reim jzgoldblum@aol.com,
       G14492@notify.cincompass.com
      NATHALIE PAUL   on behalf of Creditor   Citizen Bank NA npaul@weltman.com,   jbluemle@weltman.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 6

WWR# 040018731

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 17-17656-elf |
| Catherine L. Reim, | Chapter 13 |
| Debtor | Related to Document No. 33 |
| | Hearing Date: |
| Citizens Bank, N.A. | Hearing Time: |
| Movant. | |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now this _____ day of _____, 2018. Upon agreement of the parties, ~~the Motion of Citizens Bank, N.A. for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and law.~~

~~This Court FINDS that Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 22 Idolstone Road, Levittown, PA 19057 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.~~

IT IS ORDERED that Citizens Bank, N.A. d is hereby granted relief from the Automatic Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property, 22 Idolstone Road, Levittown, PA 19057.

IT IS FURTHER ORDERED, that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 03/05/2018 payment which must be paid in full in the amount of $489.74 to Citizens Bank, N.A. at One Citizens Drive, Mailstop: ROP15B, Riverside, RI 02915, on or before 03/05/2018. The Debtor is to cure Movant's arrears totaling in the amount of $2,065.54 by completing the following payment arrangement. The Debtor must make a one time lump-sum payment in the amount of $1,000.00, to be paid within 21 days of the date of this order. The Debtor must also make a payment in the amount of $177.59 for six (6) months beginning on 04/01/2018 through 09/01/2018. Regular payments are due to Movant on or before the 5th day of each month. Should the Debtor default in any payment, notice will be sent to Debtor's counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to Citizens Bank, N.A.

3/12/18

Eric L. Frank
United States Bankruptcy Judge

Attorney For Movant
Nathalie Paul
170 S. Independence Ave, Suite 874 W
Philadelphia, PA 19106
267-940-1643

Attorney for the Debtor
Joshua Z. Goldblum
826 Bustleton Pike, Suite 101B
Feasterville, PA 19053
215-322-2745

For Trustee William C. Miller
P.O. Box 1229
Philadelphia, PA 19105