IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Catherine L. Reim                    : Chapter 13

      Debtor                           : Bankruptcy No. 17-17656

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) and (a)(9)**

Joshua Z. Goldblum, Esquire, upon his oath according to law, hereby certifies as follows in connection with the confirmation hearing scheduled for February 20, 2018, in the above-reference case:

1. The above-named debtors will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtors has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtors has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, all the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtors, counsel certifies that debtors were duly questioned about the statements in this Certification and supplied and answers consistent with this Certification.

s/Joshua Z. Goldblum           1/17/18
Joshua Z. Goldblum            Date