UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Catherine L. Reim                : Chapter 13

      Debtor                        : Bankruptcy No. 17-17656

ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the Application for Compensation filed by the Debtor(s)' counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation in the amount of $3,500 is ALLOWED in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) less $1,800 which was paid by the Debtor(s) pre-petition.

4. Reimbursement of expenses in the amount of $310.00 for the filing fee is allowed, but such reimbursement shall not be paid by the Chapter 13 Trustee.

Date: 6/13/18

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**