United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Catherine L. Reim
    Debtor

Case No. 17-17656-elf
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Antoinett<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Jun 13, 2018 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
db        Catherine L. Reim,   22 Idolstone Road,   Levittown, PA  19057-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
        JOHN A. TORRENTE   on behalf of Creditor   Bucks County Tax Claim Bureau
         jtorrente@begleycarlin.com
        JOSHUA Z. GOLDBLUM   on behalf of Debtor Catherine L. Reim jzgoldblum@aol.com,
         G14492@notify.cincompass.com
        NATHALIE PAUL   on behalf of Creditor   Citizen Bank NA npaul@weltman.com,  PitEcf@weltman.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                   TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Catherine L. Reim  : Chapter 13

    Debtor  : Bankruptcy No. 17-17656

ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the Application for Compensation filed by the Debtor(s)' counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation in the amount of $3,500 is ALLOWED in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, '11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) less $1,800 which was paid by the Debtor(s) pre-petition.

4. Reimbursement of expenses in the amount of $310.00 for the filing fee is allowed, but such reimbursement shall not be paid by the Chapter 13 Trustee.

Date: 6/13/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**