**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| CATHERINE L. REIM | : BKY. NO.  17-17656 |
| | : |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**ENTRY OF APPEARANCE AND REQUEST FOR**
**NOTICE AND SERVICE OF PAPERS**

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTORS AND THEIR ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

Joshua Z. Goldblum, Esquire hereby withdraws his appearance as attorney of record for Debtor, Catherine L. Reim.

PLEASE TAKE NOTICE pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for Debtor Catherine L. Reim, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

Michael P. Kelly, Esquire
Suite 202 – Penn's Square
402 Middletown Boulevard
Langhorne, PA 19047
(215) 741-1100
Fax (215) 741-4029
Email:  mpkpc@aol.com

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, order and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interests of the Debtor.

Dated:  October 23, 2018        By:    /s/ Michael P. Kelly
                                       Michael P. Kelly, Esquire
                                       Suite 202 – Penn's Square
                                       402 Middletown Boulevard
                                       Langhorne, PA 19047
                                       (215) 741-1100
                                       Fax (215) 741-4029
                                       Email:  mpkpc@aol.com