# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-17656-ELF

CATHERINE L REIM

22 IDOLSTONE ROAD

LEVITTOWN, PA 19057-2302

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CATHERINE L REIM

    22 IDOLSTONE ROAD

    LEVITTOWN, PA 19057-2302

Counsel for debtor(s), by electronic notice only.

    JOSHUA Z. GOLDBLUM
    826 BUSTLETON PIKE
    SUITE 101B
    FEASTERVILLE, PA 19053

Date: 10/23/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee