# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

RE: : NO. 17-17656
CATHERINE L. REIM :
: CHAPTER 13

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received to the Motion to Approve a Personal Injury Settlement within the time allowed by law.

DATED:  November 26, 2018        /s/ Michael P. Kelly
                                 Michael P. Kelly, Esquire
                                 Suite 202 - Penn's Square
                                 402 Middletown Blvd.
                                 Langhorne, PA    19047
                                 (215) 741-1100
                                 Fax (215) 741-4029
                                 Email:  mpk@cowanandkelly.com