# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  :  NO. 17-17656
CATHERINE L. REIM  :
     :  CHAPTER 13

## ORDER

**AND NOW,** this 18th day of December, 2018, upon Motion of the Debtor to approve the Personal Injury Settlement;

And the Debtor having asserted that the settlement was fair and reasonable;

And the Debtor having certified that adequate notice of the Motion was served on all creditors and parties in interest;

And there being no Objection thereto, it is

**ORDERED** that the Motion is granted, the Personal Injury Settlement in the amount of Sixty Eight Thousand Five Hundred and no/100 Dollars ($68,500.00) is approved, Jason R. Weiss, Esquire of Haggerty, Goldberg, Schleifer & Kupersmith, P.C. is permitted to deduct fees and cost for himself in the amount of $29,273.96 and disburse $14,500.00 for the Liens, $2,402.25 for medicals and $22,323.79 to debtor in accordance with the Exhibit attached to the Motion.

Date: 12/18/18

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**