United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17656-elf
Catherine L. Reim                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1          Date Rcvd: Dec 19, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db             Catherine L. Reim,    22 Idolstone Road,    Levittown, PA   19057-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
     JOHN A. TORRENTE    on behalf of Creditor   Bucks County Tax Claim Bureau
      jtorrente@begleycarlin.com
     MICHAEL P. KELLY    on behalf of Debtor Catherine L. Reim mpkpc@aol.com,
      r47593@notify.bestcase.com
     NATHALIE PAUL    on behalf of Creditor   Citizen Bank NA npaul@weltman.com,   PitEcf@weltman.com
     REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                          TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  : NO. 17-17656
CATHERINE L. REIM  :
  : CHAPTER 13

### ORDER

**AND NOW,** this 18th day of December, 2018, upon Motion of the Debtor to approve the Personal Injury Settlement;

And the Debtor having asserted that the settlement was fair and reasonable;

And the Debtor having certified that adequate notice of the Motion was served on all creditors and parties in interest;

And there being no Objection thereto, it is

**ORDERED** that the Motion is granted, the Personal Injury Settlement in the amount of Sixty Eight Thousand Five Hundred and no/100 Dollars ($68,500.00) is approved, Jason R. Weiss, Esquire of Haggerty, Goldberg, Schleifer & Kupersmith, P.C. is permitted to deduct fees and cost for himself in the amount of $29,273.96 and disburse $14,500.00 for the Liens, $2,402.25 for medicals and $22,323.79 to debtor in accordance with the Exhibit attached to the Motion.

Date:  12/18/18

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**