**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RE: | : BKY. NO. 17-17656 elf |
| CATHERINE L. REIM | : |
| | : CHAPTER 13 |

**CERTIFICATION OF NO RESPONSE**

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to my Notice and Application for Supplemental Compensation.

May 22, 2019                           /s/ Michael P. Kelly_____
                                              Michael P. Kelly, Esquire
                                              Attorney for Debtor(s)
                                              Suite 202 - Penn's Square
                                              402 Middletown Blvd.
                                              Langhorne, PA   19047
                                              (215) 741-1100
                                              fax (215) 741-4029
                                              Email:  mpk@cowanandkelly.com