# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: : BKY. NO. 17-17656 elf
CATHERINE L. REIM :
: CHAPTER 13

## ORDER AWARDING SUPPLEMENTAL COUNSEL FEES AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P. Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1,

IT IS **ORDERED** that supplemental compensation in the amount of **$1,530.00** and reimbursement of expenses in the amount of **$7.92** are awarded. The trustee is authorized to pay the supplemental amount due of **$1,537.92** to the extent provided by the terms of the confirmed plan.

Dated: 8/14/19

_____
Eric L. Frank
U.S. Bankruptcy Judge