United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Catherine L. Reim  
      Debtor  

Case No. 17-17656-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 15, 2019  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.  
db           Catherine L. Reim,    22 Idolstone Road,    Levittown, PA 19057-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:

        JOHN A. TORRENTE    on behalf of Creditor   Bucks County Tax Claim Bureau jtorrente@begleycarlin.com  
        MICHAEL P. KELLY    on behalf of Debtor Catherine L. Reim mpkpc@aol.com, r47593@notify.bestcase.com  
        NATHALIE PAUL    on behalf of Creditor   Citizen Bank NA npaul@weltman.com, PitEcf@weltman.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                   TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:                           : BKY. NO. 17-17656 elf
CATHERINE L. REIM             :
                              : CHAPTER 13

## ORDER AWARDING SUPPLEMENTAL COUNSEL FEES AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P .Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1,

IT IS **ORDERED** that supplemental compensation in the amount of **$1,530.00** and reimbursement of expenses in the amount of **$7.92** are awarded. The trustee is authorized to pay the supplemental amount due of **$1,537.92** to the extent provided by the terms of the confirmed plan.

Dated: 8/14/19

_____
Eric L. Frank
U.S. Bankruptcy Judge