Certificate Number: 17572-PAE-DE-036286982

Bankruptcy Case Number: 17-17656



17572-PAE-DE-036286982

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 25, 2022</u>, at <u>4:59</u> o'clock <u>PM PST</u>, <u>Catherine L Reim</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 25, 2022</u>

By:  <u>/s/Leigh-Anna M Thompson</u>

Name:  <u>Leigh-Anna M Thompson</u>

Title:  <u>Counselor</u>