United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17656-elf |
| Catherine L. Reim | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 26, 2022 | Form ID: 138OBJ | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Catherine L. Reim, 22 Idolstone Road, Levittown, PA 19057-2302 |
| 14012339 | | Aetna/NexClaim Recoveries, 75 Farmington Valley Dr, Plainville, CT 06062-1178 |
| 14012340 | | Aria Health Orthopaedics, PO Box 8500-1672, Philadelphia, PA 19178-1672 |
| 14012341 | + | Aria Health Physician Svcs., PO Box 8500-6335, Philadelphia, PA 19178-0001 |
| 14025643 | | Bristol Township County/Township, 2501 Bath Rd, Bristol, PA 19007-2150 |
| 14012343 | | Bucks County Tax Claim Bureau, 55 E Court St, Doylestown, PA 18901-4318 |
| 14058967 | + | Bucks County Tax Claim Bureau, c/o John A. Torrente, Esq., 55 E Court Street, Doylestown, PA 18901-4318 |
| 14012345 | + | Citizens Bank, 8600 Governer's Hill Dr Ste 300, Cincinnati, OH 45249-1388 |
| 14012346 | | Emerg Care Serv of PA, PO Box 635111, Cincinnati, OH 45263-5111 |
| 14025650 | | Jason Weiss, Esquire, Haggerty Goldberg Schleifer & Kupersmith, 92 Buck Rd, Holland, PA 18966-1705 |
| 14041246 | + | Joshua Z. Goldblum, Esquire, 826 Bustleton Pike, Suite 101, Feasterville, PA 19053-6002 |
| 14025651 | | Keystone Collection Group, PO Box 509, Irwin, PA 15642-0509 |
| 14012348 | + | Medical Imaging Assoc. LP, PO Box 8500-1890, Philadelphia, PA 19178-0001 |
| 14316263 | + | Michael P Kelly, Esquire, 402 Middletown Blvd., Suite 202, Langhorne,PA 19047-1818 |
| 14012349 | + | Radiology Affiliates, PO Box 8500-7512, Philadephia, PA 19178-0001 |
| 14012350 | | St. Mary Medical Center, 10604 Justin Dr, Des Moines, IA 50322-3755 |
| 14012354 | | Tower Funding, LLC, PO Box 526, Gladwyne, PA 19035-0526 |
| 14025660 | | Toyota Motor Credit Corp, PO Box 9013, Addison, TX 75001-9013 |
| 14024532 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14012356 | | Trenton Neurological Surgical Assoc., PO Box 785811, Philadelphia, PA 19178-5811 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 26 2022 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2022 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 26 2022 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14092236 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:41:17 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14012342 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2022 23:41:24 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 14032188 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 26 2022 23:32:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14012344 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2022 23:41:12 | Capital One Bank USA, PO Box 71083, Charlotte, |

District/off: 0313-2                          User: admin                                   Page 2 of 3
Date Rcvd: Jan 26, 2022                       Form ID: 138OBJ                                Total Noticed: 41

|  |  |  |  |
|---|---|---|---|
| 14032673 | + Email/Text: bankruptcy@cavps.com | | NC 28272-1083 |
| | | Jan 26 2022 23:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14012347 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2022 23:41:17 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14025649 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jan 26 2022 23:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14066689 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jan 26 2022 23:32:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14025653 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Jan 26 2022 23:32:00 | PA Department of Revenue, Bureau of Compliance Bankruptcy Review S, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14030560 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jan 26 2022 23:41:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14012814 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Jan 26 2022 23:41:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14012351 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 26 2022 23:41:23 | SYNCB/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 14012352 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 26 2022 23:41:23 | Synchrony Bank/Pep Boys/Car Care One, PO Box 965036, Orlando, FL 32896-5036 |
| 14012353 | Email/PDF: ais.tmobile.ebn@aisinfo.com | | |
| | | Jan 26 2022 23:41:12 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 14012355 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jan 26 2022 23:32:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14025660 | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Jan 26 2022 23:32:00 | Toyota Motor Credit Corp, PO Box 9013, Addison, TX 75001-9013 |
| 14024532 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Jan 26 2022 23:32:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14067242 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jan 26 2022 23:41:12 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14012357 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jan 26 2022 23:32:00 | Verizon, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 14012358 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 26 2022 23:41:17 | Walmart Synchrony Bank, PO Box 965022, Orlando, FL 32896-5022 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14025639 | * | Aetna/NexClaim Recoveries, 75 Farmington Valley Dr, Plainville, CT 06062-1178 |
| 14025640 | * | Aria Health Orthopaedics, PO Box 8500-1672, Philadelphia, PA 19178-1672 |
| 14025641 | *+ | Aria Health Physician Svcs., PO Box 8500-6335, Philadelphia, PA 19178-0001 |
| 14025642 | * | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 14025644 | * | Bucks County Tax Claim Bureau, 55 E Court St, Doylestown, PA 18901-4318 |
| 14025645 | * | Capital One Bank USA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14032674 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14025646 | *+ | Citizens Bank, 8600 Governer's Hill Dr Ste 300, Cincinnati, OH 45249-1388 |
| 14025647 | * | Emerg Care Serv of PA, PO Box 635111, Cincinnati, OH 45263-5111 |
| 14025648 | * | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14025652 | *+ | Medical Imaging Assoc. LP, PO Box 8500-1890, Philadelphia, PA 19178-0001 |
| 14043047 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

District/off: 0313-2            User: admin            Page 3 of 3

Date Rcvd: Jan 26, 2022            Form ID: 138OBJ            Total Noticed: 41

| | | |
|---|---|---|
| 14025654 | *+ | Radiology Affiliates, PO Box 8500-7512, Philadephia, PA 19178-0001 |
| 14025656 | * | SYNCB/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 14025655 | * | St. Mary Medical Center, 10604 Justin Dr, Des Moines, IA 50322-3755 |
| 14025657 | * | Synchrony Bank/Pep Boys/Car Care One, PO Box 965036, Orlando, FL 32896-5036 |
| 14025658 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 14043302 | *+ | Tower Funding LLC, PO BOX 526, Gladwyne, PA 19035-0526 |
| 14025659 | * | Tower Funding, LLC, PO Box 526, Gladwyne, PA 19035-0526 |
| 14025661 | * | Trenton Neurological Surgical Assoc., PO Box 785811, Philadelphia, PA 19178-5811 |
| 14025662 | * | Verizon, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 14025663 | * | Walmart Synchrony Bank, PO Box 965022, Orlando, FL 32896-5022 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022            Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com  ksaborsky@grimlaw.com |
| MICHAEL P. KELLY | on behalf of Debtor Catherine L. Reim mpkpc@aol.com  r47593@notify.bestcase.com |
| NATHALIE PAUL | on behalf of Creditor Citizen Bank NA npaul@weltman.com  pitecf@weltman.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Catherine L. Reim

Debtor(s)                                                    Case No: 17−17656−elf

                                                             Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/26/22